COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-18-00311-CV

Style:     Brandy Brenay Charles and Ronald Dwayne Whitfield v. Texas

Department of Family and Protective Services

Date motions filed*:     June 21, 2018 and June 22, 2018

Type of motions:     Emergency Motions to Abate for Disqualification of Trial Judge,

Appointment of Counsel, and Hearings on Motions for New Trial and

for Order to District Clerk to Discipline Deputy Clerks; Motions to

Remand and for Appropriate Orders

Party filing motions:     Pro se Appellants Brandy Brenay Charles and Ronald Dwayne

Whitfield

Document to be filed:     Response to Appellant Whitfield's Emergency Motions to Abate

Ordered that motion is:
- ☐ Granted
- ☐ Denied
- ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
- ☑ Other:   After counsel filed a notice of appearance for appellant Brandy Brenay Charles in this Court on June 6, 2018, she is not entitled to hybrid representation and, thus, her motions are **dismissed as moot**. *See, e.g.*, *In re D.W.*, 445 S.W.3d 913, 915 n.1 (Tex. App.—Dallas 2014, pet. denied) (declining to consider pro se brief filed by mother in termination case after her counsel had filed brief). The Court requests a response from the appellee to the pro se appellant Whitfield's motions to abate and to remand and for appropriate orders. The response, if any, should be filed by **July 9, 2018**, the current deadline for appellee's response to appellant's other motions. *See* TEX. R. APP. P. 2, 10.3(a).

Judge's signature: /s/ Laura C. Higley

     ☑ Acting individually     ☐ Acting for the Court

Date: June 26, 2018